United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2139

_____

Juanita Stocker, on behalf of Brian    *
Stocker,    *
   *
         Appellant,    *    Appeal from the United States
   *    District Court for the
      v.    *    Eastern District of Arkansas.
   *
John J. Callahan, Acting Commissioner,    *       [UNPUBLISHED]
Social Security Administration,    *
   *
         Appellee.    *

_____

Submitted: December 9, 1997
Filed: December 19, 1997

_____

Before BOWMAN, FLOYD R. GIBSON, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Appellant appeals the judgment of the District Court[1] affirming the decision of the Commissioner denying appellant's claim on behalf of her son (now nearly 21 but a minor when the claim was filed) for Supplemental Security Income disability benefits. Having considered appellant's arguments for reversal, we conclude that the

_____

[1]Honorable John Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the parties consented to submit the case in accordance with 28 U.S.C. § 636(c).

Administrative Law Judge made no error of law and that the administrative decision

denying the claim for disability benefits is supported by substantial evidence in the record as whole. Because the case raises no novel issues and an opinion by this Court thus would lack precedential value, we forego further discussion.

The judgment of the District Court is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.